SHARON L. ANDERSON (SBN 94814)
County Counsel
CHRISTOPHER B. WHITMAN (SBN 223636)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, Ninth Floor
Martinez, California 94553
Telephone:   (925) 335-1800
Facsimile:   (925) 335-1866
Email: christopher.whitman@cc.cccounty.us

Attorneys for Defendant SHAWN PATE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELVIN LEONARD,<br><br>Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY; OFFICER SHAWN PATE AND DEFENDANT OFFICER DOES 1 THROUGH 50,<br><br>Defendants. | No. 3:15-cv-00401-EDL<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE DATE OF SETTLEMENT CONFERENCE<br><br>Courtroom E, 15th, Floor<br>The Hon. Elizabeth D. Laporte<br><br>Date Action Filed: January 28, 2015<br>Trial Date: December 5, 2016 |

For the reasons outlined in the Stipulation to Continue Date of Settlement Conference (Doc. No. 46, filed Feb. 5, 2016), and good cause appearing, the settlement conference before Judge Kandis A. Westmore, which is currently scheduled for March 2, 2016, at 10:00 a.m., is hereby re-scheduled to June _10_, 2016, at _11:00_ a.m./~~p.m.~~

IT IS SO ORDERED.

DATE: __2/18_____, 2016

_____
~~HON. ELIZABETH D. LAPORTE~~
United States Magistrate Judge
Hon. Kandis A. Westmore