UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELVIN LEONARD,

        Plaintiff,

    v.

SHAWN PATE,

        Defendant.

Case No. 15-cv-00401-EDL   (KAW)

**ORDER VACATING 6/10/16 SETTLEMENT CONFERENCE**

This matter was initially scheduled for a settlement conference on March 2, 2016, but was continued to June 10, 2016 to provide the parties with additional time to complete the discovery necessary for a productive settlement conference. (Dkt. No. 48.)  The parties were required to lodge settlement conference statements 10 calendar days prior to the settlement conference, but neither party lodged their statements as required.  On June 3, 2016, the Court issued an order notifying the parties of this deficiency and advising them that the settlement conference may be continued if the statements were not received by the close of business. (Dkt. No. 51.)

In response, both parties filed letters apologizing for the oversight, and promised to timely submit settlement conference statements once the date is rescheduled. (Dkt. Nos. 52 & 53.) Accordingly, the June 10, 2016 settlement conference is VACATED. As this is the second continuance, and the initial referral required that the settlement conference occur in February 2016, the parties are directed to obtain the permission of the presiding judge to extend the ADR deadline to August 31, 2016 prior to the conference being rescheduled to a date convenient to the undersigned.

    IT IS SO ORDERED.

Dated: June 7, 2016

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge